

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Cody Lang Thomas, Appellant

No. 06-14-00110-CR          v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1423904). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we affirm appellant's conviction and reverse the trial court's sentence and remand the cause to the trial court for a new punishment hearing.

We note that the appellant, Cody Lang Thomas, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 20, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk